IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | |
|---|---|---|
| FERNANDO MAGALDE | § | |
| Appellant | § | |
| | § | CAUSE NO 08-12-00064-CR |
| V. | § | & 08-12-00065-CR |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | |

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

FILED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS

COMES Now, The Appellant Fernando Magalde Pro se to file this Motion for an extension of time of 90 days to prepare and file his out of time motion and ,Petition for Discretionary Review,In support thereof will show the court the following

I

On January 14,2015,The court of Criminal Appeals recently ruled in favor of the Appellant granting his Application for Writ of Habeas pursuant to Article 11.07 T.C.C.P An the Opportunity to file an Out-of-time petition for Discretionary Review of the judgment of the 8th Court of Appeals that affirmed his Conviction in TC NO 20110D06141,TC NO 20110D05035 from the 120th District Court of El Paso County ,the order requires that the petition be filed 30 days after the mandate has issued .Writ NO 82,561-01


RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

Therefore to adequately discharge his Responsibilities Applicant Respectforly seeks an extension of 90 days, the additional time will allow him to review court Documents and Determine the best approch in preparing his petition and the argument of the issues presented therein , , as Such this motion is made in good faith and is in no way meant to delay of hinder the appellate process, , Appellant is pro se and without Counsel and needs the addition time to Conduct Research and Case Laws in an efforded to provide the court with a Meaningful argument for review

## PRAYER

**Wherefore Premises Considered,** Appellant motion for an extension of time and grant the relief prayed for herein

Respectfully Submitted

Fernando Magalde TDCJ-#
01828858
McConnell Unit
3001 S, Emily DR
Beeville, Texas 78102

## CERTIFICATE OF SERVICE

I, Fernando Magalde , hereby certify that a true and correct copy of the above foregoing instrument has been sent to the clerk of the Court of Criminal Appeals P.O.Box 12308 Capitol Station Austin, Texas 78711, ON THIS 2 6 day of Jan 2015 2015 By placing the same in the U.S Postage Mail box here at the McConnell Unit

Respectfully Submitted

Fenando Magalde TDCJ-#
01828858

FERNANDO MAGALDE .V. THE STATE OF TEXAS    RE:WR-82,561-01

The the Clerk of said court

Please find enclosed the appellants Motion for an extension of time appellant recieved the opinion of the court in the above Referance number granting his Writ Application for Hebeas Relief ,as such the opinion states that he is to file his out-of-time petition for Discretionary Review 30 days after issuance of the mandate ,Appellant has not recieved a copy of such and felted it best to seek addition time with that said please date stamp and file the attached motion for a ruling by this Honorable Court

Respectfully

Fernando Magaldo ,TDCJ
# 1828058
McConnell Unit
3001 S,Emily DR
Beeville Texas 78102
1 / 26 / 2015